UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ERVIN EVANS, a/k/a                                              CASE NO: 06-10078-CIV-KING
ERVIN THOMPSON

    Plaintiff,

v.

PENNY PHELPS, ET AL.,

    Defendants.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the October 20, 2006 Report and Recommendation of Magistrate Judge P.A. White (DE #16) recommending that the Amended Complaint, along with the Complaint, be the Operative Complaint in this civil action; the Amended Complaint proceed against the Defendants, Clark, Bluestone, and Allen; and Defendants' Roth and Taylor be dismissed as parties for failure to state a claim upon which relief can be granted. No party has filed objections, and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED and ADJUDGED that Magistrate Judge P.A. White's October 20, 2006 Report and Recommendation be, and the same is hereby, AFFIRMED and ADOPTED. It is further

ORDERED and ADJUDGED that the Amended Complaint, along with the Complaint, be the Operative Complaint in this civil action. It is further

ORDERED and ADJUDGED that the Amended Complaint shall proceed against Defendants

Clark, Bluestone, and Allen.

It is further ORDERED and ADJUDGED that Defendants Roth and Taylor are dismissed as parties to this civil action pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of November, 2006.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Magistrate Judge P.A. White

*Attorney for Plaintiff*
Ervin Evans, a/k/a Ervin Thompson, Pro Se
Monroe County Detention Center
5501 College Road
Key West, FL 33040